OPINION — AG — ** COUNTY COMMISSIONERS — APPROPRIATION — REVENUE SHARING ** THE BOARD OF COUNTY COMMISSIONERS MAY 'NOT' APPROPRIATE COUNTY FUNDS TO A FIRE PROTECTION DISTRICT; AND THEREFORE, THE BOARD OF COUNTY COMMISSIONERS MAY 'NOT' APPROPRIATE REVENUE SHARING FUNDS TO A FIRE PROTECTION DISTRICT. (FEDERAL FUNDS, COUNTY REVENUES, FIRE PROTECTION DISTRICT, POLITICAL SUBDIVISION, PUBLIC FUNDS, AGREEMENTS, FUNDS) CITE: 31 U.S.C.A. 1221, 31 U.S.C.A. 1243, 19 O.S. 351 [19-351], 19 O.S. 351.1 [19-351.1], 19 O.S. 901.1 [19-901.1], 19 O.S. 901.14 [19-901.14] — 19 O.S. 901.20 [19-901.20] [19-901.20] (M. DENISE GRAHAM) ** SEE: OPINION NO. 96-070 (1996) **